# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:06CR373-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER TO UNSEAL** |
| DONALD ALFRED DUNCAN ) | |
| ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an Order unsealing the Plea Agreement in the above referenced case, and it appearing to the Court that said reasons for sealing no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Plea Agreement in the above-numbered case be unsealed.

Signed: October 6, 2009

David C. Keesler
United States Magistrate Judge